1
2
3
4
5
6
7
8

**IN THE UNITED STATES DISTRICT COURT FOR THE**

9

**EASTERN DISTRICT OF CALIFORNIA**

10
11
12

13 | NATIONAL RAILROAD PASSENGER ) | **1: 12-CV-0775 AWI BAM**
CORPORATION, )

)   **ORDER RELATING CASES**

14 )

Plaintiff, )

15 )

)

16   v. )

)

17 )

CAMARGO TRUCKING, a California )

18 corporation, LUIS G. CAMARGO, an )
individual, )

19 )

)

20 Defendants. )

)

21 )

)

22 )

)

23 )

24
25
26
27
28

| | | |
|---|---|---|
| 1 | **BILLY GENE OLVEDA,** ) | **NEW CASE NUMBERS** |
| 2 | ) **Plaintiff,** ) | **1:12-CV-01359 AWI BAM** |
| | ) | **1:12-CV-01234 AWI BAM** |
| 3 | **v.** ) | **1:12-CV-01576 AWI BAM** |
| | ) | **1:12-CV-01554-AWI BAM** |
| 4 | **LUIS CAMARGO,** ) | |
| 5 | ——————————————————) | |
| | ) | |
| 6 | **MARC BENNETT,** ) | **OLD CASE NUMBERS** |
| | ) | |
| 7 | ) **Plaintiff,** ) | **1:12-CV-01359-LJO-BAM** |
| | ) | **1:12-CV-01234-AWI-JLT** |
| 8 | **v.** ) | **1:12-CV-01576-AWI-SMS** |
| | ) | **1:12-CV-01554-LJO-SKO** |
| 9 | **CAMARGO TRUCKING,** ) | |
| | ——————————————————) | |
| 10 | ) | |
| | **SABRINA COMBS,** ) | |
| 11 | ) | |
| | ) **Plaintiff,** ) | |
| 12 | ) | |
| | **v.** ) | |
| 13 | ) | |
| | **AMTRACK, et al.,** ) | |
| 14 | ——————————————————) | |
| | ) | |
| 15 | **JOYCE SORIANO-MCDOWELL,** ) | |
| | ) | |
| 16 | ) **Plaintiff,** ) | |
| | ) | |
| 17 | **v.** ) | |
| | ) | |
| 18 | **LUIS CAMARGO, et al,** ) | |
| | ) | |
| 19 | ) **Defendants.** ) | |
| | ——————————————————) | |

20

21     The court finds that <u>Billy Gene Olveda v. Luis Camargo, et al.</u>, 1:12-CV-01359 LJO

22   BAM, <u>Marc Bennett v. Camargo Trucking</u>, 1:12-CV-01234 AWI JLT,  <u>Sabrina Combs v.</u>

23   <u>Amtrak, et al.</u>, 1:12-CV-01576 AWI SMS, and <u>Joyce Soriano-McDowell v. Luis Camargo, et al.</u>,

24   1:12-CV-01554 LJO SKO are similar to <u>National Railroad Passenger Corporation v. Camargo</u>

25   <u>Trucking, etc.</u>, 1:12-CV-00775 AWI BAM in that all cases appear to involve similar questions of

26   fact and law and assignment to the same Judges is likely to effect a substantial savings of judicial

27

28                                                        2

1   effort.  See Local Rule 83.  Therefore, IT IS HEREBY ORDERED THAT all the related actions

2   be assigned to the same Judges as National Railroad Passenger Corporation v. Camargo

3   Trucking, etc., 1:12-CV-00775 AWI BAM, as it is the lower numbered case.  IT IS FURTHER

4   ORDERED THAT all future pleadings shall include the new case numbers.

5

6   IT IS SO ORDERED.

7

    Dated:    October 10, 2012

8   _____

    CHIEF UNITED STATES DISTRICT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28                                         3